UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
JEFFREY PAUL THORPE,

                Plaintiff,

                                                      1:19-cv-00588-EAW

            v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Joshua R. Sumner, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the Defendant herein, and Corinne Manfredi, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **Six Thousand Four Hundred Ninety-Four Dollars and Fifty-Five Cents ($6,494.55)**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

      It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **Four Hundred Dollars and Zero Cents ($400.00)** for the Court filing fee.

By:  /s/ Joshua R. Sumner
     Joshua R. Sumner
     Special Assistant United States Attorney
     Western District of New York
     Social Security Administration
     Office of General Counsel
     601 E. 12th Street, Room 965
     Kansas City, MO 64106
     (816) 936-5767
     Email:  joshua.sumner@ssa.gov
     Dated: 12/18/2020

By:  /s/Corinne Manfredi, Esq.
     Corinne Manfredi, Esq.
     Law Offices of Kenneth Hiller, PLLC
     6000 North Bailey Avenue, Ste. 1A
     Amherst, NY 14226
     (716) 564-3288
     Email:  cmanfredi@kennethhiller.com
     Dated: 12/18/2020

SO ORDERED:

_____
HONORABLE ELIZABETH A. WOLFORD
UNITED STATES DISTRICT JUDGE

DATED:  December 18, 2020         .